# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 23, 2012

Mr. Jonathan Lee Riches
Apt. 5
143 Roebling Street
Brooklyn, NY  11211

RE:  12-2218  Jonathan Riches v. DNA

Dear Mr. Riches:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

We note that the matter was not served by the district court on any other party. Accordingly, you are notified that you are the only party to this appeal.

We note that the docketing and filing fees have not been paid. You must either pay the $455.00 filing and docketing fees or file a motion with the district court for permission to appeal as a poor person. If the fees are not paid promptly, the court will issue an order directing you to show cause why the appeal should not be dismissed.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

EDG

Enclosure(s)

cc: Mr. James G. Woodward

District Court/Agency Case Number(s):   1:09-cv-00063-LMB

**Caption For Case Number:   12-2218**

Jonathan Lee Riches, doing business as Irving Picard

        Petitioner - Appellant

v.

DNA, deoxyribonucleic acid, et al.

        Respondent - Appellee

**Addresses For Case Participants:   12-2218**

Mr. Jonathan Lee Riches
Apt. 5
143 Roebling Street
Brooklyn, NY  11211

Mr. James G. Woodward
U.S. DISTRICT COURT
Eastern District of Missouri Clerk's Office
555 Independence Street
Cape Girardeau, MO  63703