# U.S. District Court
## Eastern District of Missouri (LIVE) (Cape Girardeau)
## CIVIL DOCKET FOR CASE #: 1:09−cv−00063−LMB
*Internal Use Only*

| | |
|---|---|
| Riches v. DNA | Date Filed: 05/18/2009 |
| Assigned to: Magistrate Judge Lewis M. Blanton | Date Terminated: 05/22/2009 |
| Cause: 28:2241 Petition for Writ of Habeas Corpus (federa | Jury Demand: None |
| | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Jonathan Lee Riches**  represented by  **Jonathan Lee Riches**
*doing business as*  143 Roebling Street
Irving Picard  Suite 5
  Brooklyn, NY 11211
  PRO SE

V.

**Respondent**

**DNA**
*a/k/a deoxyribonucleic acid; et al.*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/18/2009 | 1 | | PETITION for Writ of Habeas Corpus by Petitioner Jonathan Lee Riches. (CSG) (Entered: 05/19/2009) |
| 05/19/2009 | | | Pursuant to Local Rule 2.08, the assigned/referred magistrate judge is designated and authorized by the court to exercise full authority in this assigned/referred action or matter under 28 U.S.C. 636 and 18 U.S.C 3401. (CSAW) (Entered: 05/19/2009) |
| 05/20/2009 | | | ***Complaint Letter Created. This is to advise you that this office has received and filed your complaint and has assigned it the above−referenced case number. (CSG) (Entered: 05/20/2009) |
| 05/20/2009 | | | ***Complaint Letter Processed (see notice of electronic filing for distribution list) Wed May 20 10:00:09 CDT 2009 (admin,) (Entered: 05/20/2009) |
| 05/22/2009 | 2 | 3 | MEMORANDUM AND ORDER re: 1 PETITION for Writ of Habeas Corpus filed by Petitioner Jonathan Lee Riches motion is dismissed for lack of jurisdiction. Signed by Honorable Rodney W. Sippel on 5/22/09. (MRS) (Entered: 05/22/2009) |
| 05/22/2009 | 3 | 5 | ORDER OF DISMISSAL...IT IS FURTHER ORDERED that the Court will not issue a certificate of appealability. Signed by Honorable Rodney W. Sippel |

| | | | |
|---|---|---|---|
| | | | on 5/22/09. (MRS) (Entered: 05/22/2009) |
| 05/22/2009 | | | ORDER RECEIPT: (see receipt) Fri May 22 15:07:41 CDT 2009 (MRS, ) (Entered: 05/22/2009) |
| 05/17/2012 | 4 | 6 | NOTICE OF APPEAL as to 3 Order of Dismissal (case – Stipulation of Dismissal), 2 Memorandum &Order by Petitioner Jonathan Lee Riches. (CSG) (Entered: 05/18/2012) |
| 05/22/2012 | 5 | 8 | NOTIFICATION OF APPEAL AND NOA SUPPLEMENT by clerk to USCA regarding 3 Order of Dismissal (case – Stipulation of Dismissal), 2 Memorandum &Order. Notice of Appeal filed on 5/17/12. NOTIFICATION TO COUNSEL AND PRO SE PARTY: FILE REQUEST FOR TRANSCRIPT WITH DISTRICT COURT CLERKS OFFICE. SUBMIT FORM A &B TO EIGHTH CIRCUIT CLERKS OFFICE(BAK) (Entered: 05/22/2012) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JONATHON LEE RICHES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:09CV63 LMB |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court lacks jurisdiction to grant the writ, and the Court will dismiss it.

A district court's jurisdiction over writs filed pursuant to 28 U.S.C. § 2241 is geographically limited to the judicial district in which petitioner's custodian is located. 28 U.S.C. § 2241(a); Rumsfeld v. Padilla, 542 U.S. 426, 442 (2004). Petitioner is currently confined at Lexington Federal Medical Center in Lexington, Kentucky. Petitioner's custodian, therefore, is located within the Eastern District of Kentucky. Consequently, this Court lacks jurisdiction to grant the writ, and this case shall be dismissed pursuant to Fed. R. Civ. P. 12(h)(3).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction.

An Order of Dismissal shall accompany this Memorandum and Order.

Dated this 22nd day of May, 2009.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JONATHON LEE RICHES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:09CV63 LMB |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction pursuant to Fed.R.Civ.P. 12(h)(3).

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

Dated this 22nd day of May, 2009.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

United States District Court
Eastern District of Missouri

Riches
v.
DNA

**RECEIVED**
**MAY 17 2012**
**BY MAIL**

Case No. 1:09-CV-00063

Notice of Appeal this courts dismissal of this case

DNA is unconstitutional. The prison staff at FMC Lexington, Dr. Michael Growse and Dr. Maria Marrero strapped me in a chair blindfolded and took my DNA against my will. This is theft of my bodily fluids, I did not consent to the abduction of my DNA, and also they pricked my finger which still hurts and I was not provided a band aid and so more of my DNA was lost where it leaked out on the floor and I slipped and fell on it which caused me shock. My DNA was entered into NCIC and Interpool and now I'm being investigated for the JonBenet Ramsey abduction and my DNA was on Ted Kazinski's manuscript and the FBI said that my DNA was in Michelle Obama's panties which Barack Obama is so pissed off he will not give me a presidential pardon, which I need to clear my record so I can work the porno industry Vivid Entertainment in Los Angeles. Warren Jeffs is using my DNA to clone sheep and children. Los Angeles police say my DNA was in O.J. Simpson's murder glove, which is not true. This is defamation of my character and reputation. I appeal.

Respectfully [signature] 5-11-12

Jonathan Lee Riches
143 Roebling St Suite S
Brooklyn...

Jonathan Lee Riches
143 Roebling St Suite 5
Brooklyn, NY 11211

RECEIVED
MAY 17 2012
BY MAIL

RECEIVED
MAY 17 2012
BY MAIL

Clerk of court,
Attached is 4 seperate Notices of
Appeals for 4 cases, Please submit my
Notice of Appeals.
Also Please change my address for your Records

5-12-12

Jonathan Lee Riches
143 Roebling St Suite 5
Brooklyn, NY 11211

United States District Court
Eastern District of Missouri
U.S. Courthouse
111 S. 10th St.
St. Louis, Missouri 63102

US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** USCA#: _____

Riches v. DNA

Case Number:

1:09cv63 LMB

**Plaintiff:** **Defendant:**

**Jonathan Lee Riches** DNA

**Attorney:** **Attorney:**

Jonathan Lee Riches
143 Roebling Street
Suite 5
Brooklyn, NY 11211

NONE

**Court Reporter:** Please return files and documents to:

Clerk, Eastern District of Missouri

Person to contact about the appeal::

Beth Kirkland   244-7925

NONE

| Length of trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| N/A | NO FEE PAID | NONE FILED | N/A |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| PRO SE | NONE | N/A | N/A |

Criminal Cases/Prisoner Pro Se Cases Only:

Is defendant incarcerated?   Yes   No     Where: [          ]

Please list all other defendants in this case if there were multiple defendants: